B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Southern _____ District Of Texas _____

In re Otto Leonel Perez, and Josselin Carranza Perez , Case No. 18-35923

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 15-1 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/18/2019 (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing | U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust |

Address of Alleged Transferor:

Shellpoint Mortgage Servicing
PO BOX 10826
Greenville, SC 29603-0826

Address of Transferee:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                               _____
                                                             **CLERK OF THE COURT**