B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

In re  Otto Leonel Perez
Josselin Carranza Perez                    ,          Case No.  18-35923

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of the Cabana Series IV Trust
Name of Transferee

U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust
Name of Transferor

Name and Address where notices to transferee should be sent:
BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038

Court Claim # (if known):  15-1
Amount of Claim:  $150,581.89
Date Claim Filed:  01/02/2019

Phone: _____
Last Four Digits of Acct #:  3935

Phone: _____
Last Four Digits of Acct. #:  3935

Name and Address where transferee payments should be sent (if different from above):
BSI Financial Services, Attn: Payment Processing Department
314 S. Franklin Street, 2nd Floor
Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile                                Date: 07/07/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.